# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARY P. JACOBS, ON HER OWN
BEHALF AND ON BEHALF OF THOSE
SIMILARLY SITUATED,

           Plaintiffs,

-vs-                               Case No. 6:07-cv-1982-Orl-28KRS

KINGSWERE FURNITURE, LLC,

           Defendant.
_____

## ORDER

This case is before the Court on the Joint Motion Requesting Approval of Settlement Agreements and Entry of An Order of Dismissal (Doc. No. 64) filed February 5, 2009 in this Fair Labor Standards Act ("FLSA") case. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation Entered on May 20, 2009 (Doc. No. 75), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 20, 2009 (Doc. No. 74) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion Requesting Approval of Settlement Agreements and Entry of an Order of Dismissal (Doc. No. 64) is **GRANTED in part.**

3. The Court approves the settlement agreements to the extent that it finds that the settlements are "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1355 (11th Cir. 1982).

4. Counsel for Plaintiff may not withhold any amount payable to any Plaintiff under the settlement agreements based on a retainer agreement or otherwise.

5. Counsel for Plaintiff shall provide a copy of this Order to each Plaintiff.

6. The Court declines to reserve jurisdiction to enforce the settlement agreements.

7. This case is dismissed with prejudice.

8. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28 day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party